# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| VELMA DUGGER and DIANE DUGGER, )<br>        Plaintiffs, )<br> v. )<br>    )<br>HORSESHOE HAMMOND, INC., d/b/a Horseshoe )<br>Casino Hammond, Inc., d/b/a Empress Casino )<br>Hammond, d/b/a Jack Binion's Horseshoe Casino, )<br>        Defendant. ) | CAUSE NO.: 2:05-CV-302-PRC |

## ORDER

This matter is before the Court on a Joint Stipulation to Dismiss [DE 77], filed by the parties on August 14, 2008. The parties represent that due to the nature of the injuries to remaining Plaintiff Velma Dugger and the required jurisdictional amount to file a lawsuit in federal court, counsel for both parties agree that this matter should be dismissed without prejudice. The parties further represent that their counsel have agreed that Plaintiff shall refile her lawsuit in state court without there being any issue with regard to the applicable statute of limitations.

Having reviewed the Joint Stipulation, the Court **GRANTS** the Joint Stipulation to Dismiss [DE 77]. The Court **ORDERS** that this matter is hereby **DISMISSED without prejudice**.

All pretrial and trial settings are hereby **VACATED**.

SO ORDERED this 19th day of August, 2008.

              s/ Paul R. Cherry
              MAGISTRATE JUDGE PAUL R. CHERRY
              UNITED STATE DISTRICT COURT

cc: All counsel of record.